ISIDOR DORMAN *ET AL.*, PLAINTIFFS-RESPONDENTS, v. MARGUERITE FISHER, DEFENDANT-PETITIONER.

See same case below:   52 *N. J. Super.* 70.

*Mr. Robert Goodman* for the petitioner.

March 9, 1959.   Granted.

ARLINE COMPANY, PLAINTIFF-RESPONDENT, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, DEFENDANT-PETITIONER.

*Messrs. Schneider, Lustbader & Morgan* and *Mr. James A. Ospenson* for the petitioner.

*Messrs. Ely & Ely* for the respondent.

March 9, 1959.   Denied.